| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Robertson, Anschutz & Schneid, PL**<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br>Attorneys for Secured Creditor<br><br>KEVIN BUTTERY, Esq. (KB - 3800) | **Order Filed on June 12, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>**Lena Debbie Stevens**<br><br>    **Debtor.** | Case No.:    18-16323-CMG<br><br>Chapter:    7<br><br>Hearing Date: June 12, 2018 at 10:00 am<br><br>Judge:    Christine M. Gravelle |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following pages (2) and (3), is hereby **ORDERED.**

**DATED: June 12, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page **2**
Debtors:     Lena Debbie Stevens,
Case No.:    18-16323-CMG
Caption of Order:  **Order Vacating Stay**

_____

Upon the motion of WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4, ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

3 McKinley Avenue, Colonia, NJ 08067

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Page **3**
Debtors:     Lena Debbie Stevens,
Case No.:    18-16323-CMG
Caption of Order: **Order Vacating Stay**
_____

    Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.