UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lena Debbie Stevens,

Case No.: __18-16323__
Chapter: __7__
Judge: __CMG__

## NOTICE OF PROPOSED ABANDONMENT

On 6/19/18, __John M. McDonnell__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __July 17, 2018__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1. 3 Kazcmar Ct., Edison, NJ - $795,000
2. 3 McKinley Avenue, Colonia, NJ - $453,000

Liens on property:
1. $1,391,612
2. 453,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Avenue - Red Bank, NJ, 07701
Telephone No.: 732 383 7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Lena Debbie Stevens  
    Debtor

Case No. 18-16323-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jun 20, 2018  
                  Form ID: pdf905     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.
```
db              Lena Debbie Stevens,    3 Kazcmar Ct,     Edison, NJ  08820-3664
cr             +Wells Fargo Bank , N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.suite # 100,
                 Boca Raton, FL 33487-2853
517425768       Awa Collections,    PO Box 6605,    Orange, CA  92863-6605
517425769       Cmre. 877-572-7555,    3075 E Imperial Hwy Ste,    Brea, CA  92821-6733
517425770       Comenity Bank NY &Co,    PO Box 182789,    Columbus, OH  43218-2789
517425772       Hoag Memorial Hospital Presbyterian,    1 Hoag Dr,    Newport Beach, CA  92663-4162
517425773       Horizon Dermatology,    1045 W Katella Ave,    Orange, CA  92867-3550
517425775      +Newport Harbor Radiology,    3075 E OMPERIAL HWY STE 200,    BREE, CA 92821-6753
517425776       ORACLE UTILITIES,    100 Fairview Ave,    Edison, NJ  08817-2440
517425778       PSE&G,    PO Box 14444,    New Brunswick, NJ  08906-4444
517425777       Progressive Mgmt Syste,    1521 W Cameron Ave Fl 1,    West Covina, CA  91790-2738
517425780       WELLS FARGO BANK,    RAS CITRON, LLC,    130 Clinton Rd Ste 202,    Fairfield, NJ  07004-2927
517425781       WILLMINGTON TRUST,    MCCALLA RAYMER LEIBERT PIERCE,    99 Wood Ave S Ste 803,
                 Iselin, NJ  08830-2713
517492997      +Wells Fargo Bank,NA,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    6409 Congress Ave,    Suite # 100,
                 Boca Raton Fl. 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 21 2018 00:04:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 21 2018 00:04:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517425767       E-mail/Text: bankruptcy@rentacenter.com Jun 21 2018 00:05:52      Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX  75024-5837
517425770       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 21 2018 00:04:27      Comenity Bank NY &Co,
                 PO Box 182789,    Columbus, OH  43218-2789
517425771       E-mail/Text: ally@ebn.phinsolutions.com Jun 21 2018 00:03:55       G M A C,    PO Box 105677,
                 Atlanta, GA  30348-5677
517425774       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 21 2018 00:05:12      Jefferson Capital Syst,
                 16 McLeland Rd,    Saint Cloud, MN  56303-2198
517425779       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 21 2018 00:03:47
                 VERIZON WIRELESS,    500 Technology Dr Ste 500,    Weldon Spring, MO  63304-2225
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2018 at the address(es) listed below:
```
              Aleisha Candace Jennings    on behalf of Creditor    Wells Fargo Bank , N.A. ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association. as Successor
               Trustee to Citibank, N.A. as Trustee of Structured Asset Mortgage Investments II Inc., Bear
               Stearns Alt-A Trust II, Mortgage Pass-Through Certifica dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Kevin M. Buttery    on behalf of Creditor    Wells Fargo Bank , N.A. bkyefile@rasflaw.com
              P Joseph Nicola    on behalf of Debtor Lena Debbie Stevens jnicola@nicolalaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association. as Successor
               Trustee to Citibank, N.A. as Trustee of Structured Asset Mortgage Investments II Inc., Bear
               Stearns Alt-A Trust II, Mortgage Pass-Through Certifica rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 20, 2018
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                               TOTAL: 7