# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:  :  Case no.: __18-16323-CMG__

Lena Debbie Stevens  :  Chapter: __7__

:  Judge: __Gravelle__

Debtor(s)  :

## CERTIFICATION OF NO OBJECTION

I __Alyson M. Guida__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- [x] Abandonment
- [ ] Public Sale
- [ ] Private Sale
- [ ] Settlement of Controversy
- [ ] Auctioneer Compensation

Description of Property (if applicable):
3 Kazcmar Ct., Edison, NJ / 3 McKinley Ave., Colonia, NJ

JEANNE A. NAUGHTON, Clerk

Date: 7/11/2018    By: Alyson M. Guida

*rev.2/10/17*